AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Rush Industries, Inc.

V.

Garnier LLC & John Does 1-5

**APPEARANCE**

Case Number: 06-107 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CVS Pharmacy, Inc.

I certify that I am admitted to practice in this court.

11/28/2006
Date

Paul E. Dwyer, Jr.
Signature

Paul E. Dwyer, Jr. — 3956
Print Name — Bar Number

2800 Financial Plaza
Address

Providence — RI — 02903
City — State — Zip Code

(401) 528-5851 — (401) 276-6611
Phone Number — Fax Number