AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Rush industries, Inc.

**APPEARANCE**

V.

Garnier, LLC and John Does 1-5

Case Number: 06-107 ML (EDNY 05-4910

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiff, Rush Industries, Inc.

I certify that I am admitted to practice in this court.

November 29, 2006

Date Format m/d/yyyy

/s/Andrew Berg
Signature

Andrew Berg — 4754
Print Name — Bar Number

128 Dorrance Street, Suite 400
Address

Providence — RI — 02903
City — State — Zip Code

401-274-0113 — 401-274-0175
Phone Number Format (999) 999-9999 — Fax Number Format (999) 999-9999

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2006, this ENTRY OF APPEARANCE has been filed electronically, and is available for viewing and downloading to the following counsel of record registered with this Court's ECF System. Paper copies will be served on non-registered attorneys of record, if any.

Paul E. Dwyer, Jr.
Edwards, Angell, Palmer & Dodge, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

/s/ Andrew Berg
Andrew Berg, Esquire