UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Subpoenas Issued to CVS Pharmacy, Inc.,<br><br>In the Matter of<br><br>RUSH INDUSTRIES, INC.,<br>Plaintiff,<br><br>-v-<br><br>GARNIER LLC, AND JOHN DOES 1-5,<br><br>Defendants. | CIVIL ACTION NO.: 06-107ML<br>[pending EDNY 05-4910]<br><br>**RUSH INDUSTRIES' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** |

NOW COMES movant RUSH INDUSTRIES, INC., pursuant to Rules 26, 37 and 45 and moves this Court, at the United States Courthouse, One Exchange Terrace, Providence, Rhode Island, for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure compelling the production of documents.

The grounds for this motion are that RUSH INDUSTRIES, INC. served on CVS PHARMACY, INC, a subpoena *duces tecum* on November 8, 2006 requesting the production of certain relevant documents which CVS PHARMACY, INC. has failed to produce.

In Support of its motion to compel documents, RUSH relies upon the attached Memorandum of Law in Support, the Affidavit of Daniel P. Burke and all exhibits attached thereto.

Date: December 11, 2006

Respectfully submitted,

DANIEL P. BURKE & ASSOCIATES, PLLC

By: /s/ Georgia Damoulakis

Daniel P. Burke (*pro hac vice*)
Georgia Damoulakis (*pro hac vice*)
300 Rabro Drive – Suite 131
Hauppauge, NY 11788
T: 631-851-9766
F: 631-851-9755

SAMMARTINO & BERG, LLP

By: /s/ Andrew H. Berg

Andrew H. Berg (#4754)
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
T: 401-274-0113
F: 401-274-0175