# EXHIBIT "C"

ALLYN & FORTUNA LLP
ATTORNEYS AT LAW
200 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016-3903
(212) 213-8844
FACSIMILE (212) 213-3318
WWW.ALLYNFORTUNA.COM

November 22, 2006

**VIA FACSIMILE**

Daniel P. Burke
Daniel P. Burke & Associates, PLLC
300 Rabro Drive, Suite 131
Hauppauge, New York 11788

Re: *Rush Industries, Inc. v. Garnier LLC & John Does 1-5*
U.S. District Court, Eastern District of New York
CV-05-4910

Dear Mr. Burke,

I write in response to your letter dated this day, which I note you had time to write even though in our earlier conversation you claimed that you were too busy to speak with me regarding the above-referenced matter.

Because CVS takes this matter seriously and respects the authority of the United States District Courts, CVS needs to take immediate action to protect its rights with respect to the subpoena. It will not put off discussion of this important issue until you can get to it in "the next few days," as you propose.

It was apparent from our earlier conversation that you were unwilling to discuss any realistic resolution of the issues surrounding the non-party subpoena served on CVS. Instead, you attempted to put off the conversation as a delay tactic; meanwhile, the deadlines set by the subpoena are rapidly approaching.

Because you have left CVS with no alternative, CVS must file the appropriate motion for relief.

Sincerely,

Megan J. Muoio
(MM-6121)