# EXHIBIT "D"

BEFORE: E. THOMAS BOYLE
UNITED STATES MAGISTRATE JUDGE

DATE: 07/24/2006
TIME: 11:00 A.M. TO ______

Pltf

ASSIGNED JUDGE: WEXLER

DOCKET NO. CV-05-4910 CASE NAME: RUSH INDUSTRIES V. GARNIER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 24 2006 ★
LONG ISLAND OFFICE

**CIVIL CONFERENCE**

Initial___ Status__ Discovery___ Settlement_ Pre-Motion___ Final___

MOTION: PRE-MOTION CONFERENCE

Automatic Discovery: Has been (______) Has Not Been (______) Completed.

APPEARANCES: Plaintiff — Defendant

| Plaintiff | Defendant |
| --- | --- |
| Daniel P. Burke | Robert L. Sherman |
| Thomas M. Galgano | |
| Georgia Damonlakis | |

* Discovery completed by 11/30/06

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next ________ conference ________

Pre-Trial Order filed by ________

Plaintiff ________

Defendant ________

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by ______
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by ______

2. The parties shall serve document production/interrogatory demands by ______
   The parties shall respond to outstanding document production/ interrogatories by ______

So ordered

/s/ E. Thomas Boyle, U.S.M.J.

V