# EXHIBIT "E"


PLAINTIFF'S EXHIBIT
NEW ANTI-BREAKAGE
GARNIER
FRUCTIS
WITH ACTIVE FRUIT CONCENTRATE
FORTIFYING SHAMPOO
LONG & STRONG
SPLIT ENDS, FRAGILE OR HARD-TO-GROW LONG HAIR
NEW!
CVS pharmacy
fruit concentrate
LONG & STRONG