# EXHIBIT "E"


ANTI-BREAKAGE
STRENGTHENING SYSTEM*
ACTIVE FRUIT CONCENTRATE
PROVEN RESULTS
5X
5X