# EXHIBIT "E"


NEW!
CVS pharmacy
fruit concentrate
LONG & STRONG
PLAINTIFF'S EXHIBIT
NEW ANTI-BREAKAGE STRENGTHENING SYSTEM
GARNIER
FRUCTIS
WITH ACTIVE FRUIT CONCENTRATE
FORTIFYING CREAM CONDITIONER
LONG & STRONG
SPLIT ENDS, FRAGILE OR HARD-TO-GROW LONG HAIR
13 FL OZ (384 ml)