# EXHIBIT "E"


ANTI-BREAKAGE STRENGTHENING SYSTEM
ACTIVE FRUIT CONCENTRATE
PROVEN RESULTS
GARNIER