# EXHIBIT "F"

DANIEL P. BURKE
GEORGIA DAMOULAKIS

LAW OFFICES OF
DANIEL P. BURKE & ASSOCIATES, PLLC
300 RABRO DRIVE, SUITE 131
HAUPPAUGE, NEW YORK 11788
(631) 851-9766
FAX: (631) 851-9755

PATENTS, TRADEMARKS
& COPYRIGHTS
DBurke@DPBurke.com
GDamoulakis@DPBurke.com

November 7, 2006

CVS Pharmacy, Inc.
1 CVS Drive
Woonsocket, RI 02895
ATTN: Legal Department

Re: Rush Industries Inc. v. Garnier LLC
CV-05-4910 (LDW)(ETB)

Dear Sir:

We represent the plaintiff in the above-referenced trademark infringement action against Garnier LLC. This action is pending in the U.S. federal district court for the Eastern District of New York and relates to Rush Industries trademark rights in the marks LONG 'N STRONG and LONG 'N STRONG EXTRA.

Attached to this letter is a subpoena directed to CVS Pharmacy Inc. requesting the production of documents by November 22, 2006 and related testimony on November 29, 2006.

Also attached is a check in the amount of $ 50.00 to cover the witness and mileage fees in connection with the subpoena served upon CVS Pharmacy, Inc.

We would like to work with you to minimize any inconvenience this subpoena may cause. We will agree to reimburse CVS Pharmacy, Inc. for actual photocopy expenses incurred in making copies of the documents responsive to the subpoena at a rate of 10 cents a page.

Very truly yours,

Daniel P. Burke

Enclosure
F:\DB\536\20\Subpoenas\CVS\letter.wpd