# REPLY EXHIBIT A

November 22, 2006

**VIA FACSIMILE**

Daniel P. Burke
Daniel P. Burke & Associates, PLLC
300 Rabro Drive, Suite 131
Hauppauge, New York 11788

Sammartino & Berg, LLP
128 Dorrance Street, Suite 400
Providence, Rhode Island 02901

Re: *Rush Industries, Inc. v. Garnier LLC & John Does 1-5*
U.S. District Court, Eastern District of New York
CV-05-4910

Dear Counselors,

This letter is a supplement to CVS's previous objection to and rejection of Rush Industries, Inc.'s subpoena, which was served on

Sincerely,

Megan J. Muoio
(MM-6121)