# REPLY EXHIBIT B

PaulHastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street • New York, NY 10022
telephone 212 318 6000 • facsimile 212 319 4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6081
lawrenceconlan@paulhastings.com

September 20, 2006 29172.00084



**VIA FACSIMILE AND REGULAR MAIL**

Daniel P. Burke, Esq.
The Law Offices of Daniel P. Burke & Associates, PLLC
300 Rabro Dr., Suite 131
Hauppauge, New York 11788

Re: *Rush Industries, Inc. v. Garnier LLC*
CV-05-4910 (LDW) (ETB)

Dear Mr. Burke:

Thank you for your response to our letter of September 13, and for confirming that you will produce Mr. Randy Whitton on September 26, 2006 as a separate Rush 30(b)(6) witness to testify regarding the creation of the customer database and mailing list, the compilation and manipulation of the information contained therein, and running reports of customers and product sales in specific geographic areas. The deposition will begin at 10:00 a.m. at Ruskin, Moscou, Faltischek, P.C. in Uniondale, NY. Mr. Whitton's deposition will likely last most of the day. Please contact me immediately if Mr. Whitton is not available all day on September 26th. Also Mr. Whitton should be prepared at that time to access fully the customer database and Fox Pro software, and should be able to manipulate the data contained in the database during the deposition. Please contact me immediately if he will not be able to access and manipulate the data at the deposition.

In anticipation of and prior to the deposition, please make available the Fox Pro database in its entirety for our review. Because the documents that Rush produced as 00001007 and 00001008 cannot be manipulated to segment information, they are not responsive to several of Garnier's discovery requests, most notably Interrogatories 4, 5, and 6, and Document Request 26. Mr. Sheena confirmed on September 12 that it is possible to segment the entire customer database using the primary data source and Fox Pro software program, and Rush is obligated to make that data and database available for Garnier's inspection and review. Please provide us with a copy of the entire customer database that can be segmented and manipulated using Fox Pro software not later than the close of business on September 22, 2006. Also please tell us if there is particular version of Fox Pro that must be used in that regard.

PaulHastings
ATTORNEYS

Daniel P. Burke, Esq.
September 20, 2006
Page 2

Likewise, because Mr. Sheena confirmed that the Stone Software database can also be manipulated to segment information, Rush is obligated to make that data and database available for Garnier's inspection and review. Please provide us with a copy of the entire customer database that was manipulated using Stone Software no later than the close of business on September 22, 2006. Also please provide us with dates on which Mr. Sheckman is available for deposition regarding the creation, compilation, and use of the Stone Software customer database.

Finally, on September 1, 2006, we sent you a letter confirming the revised discovery schedule in this action as follows:

| | |
|---|---|
| Fact discovery to be completed by: | September 12, 2006 |
| Initial expert reports: | October 30, 2006 |
| Rebuttal expert reports: | November 30, 2006 |
| Joint pretrial order: | December 13, 2006 |
| Final pretrial conference (by phone): | December 26, 2006 |

Please contact me immediately if you disagree with the above schedule.

Very truly yours,

Lawrence J. Conlan
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc: Robert L. Sherman, Esq.
Catherine M. Clayton, Esq.
Danielle M. White, Esq.

LEGAL_US_E # 71898217.1

# EXHIBIT C