# REPLY EXHIBIT C

Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street • New York, NY 10022
telephone 212 318 6000 • facsimile 212 319 4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6327
lisawillis@paulhastings.com

September 1, 2006



29172.00084

**VIA FIRST CLASS MAIL AND FACSIMILE**

Daniel P. Burke, Esq.
Galgano & Burke, LLP
300 Rabro Drive
Suite 135
Hauppauge, NY 11788

Re: Rush Industries, Inc. v. Garnier LLC
No. CV 05-4910 (LDW) (ETB)

Dear Mr. Burke:

Based on our understanding of Magistrate Judge Boyle's instructions during the July 24, 2006 pre-motion conference, below is the revised discovery schedule in this action:

| | |
|---|---|
| Fact discovery to be completed by: | September 12, 2006 |
| Initial expert reports: | October 30, 2006 |
| Rebuttal expert reports: | November 30, 2006 |
| Joint pretrial order: | December 13, 2006 |
| Final pretrial conference (by phone): | December 26, 2006 |

Please confirm that the above schedule reflects your understanding.

Sincerely,

Lisa M. Willis
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Paul Hastings
ATTORNEYS

Daniel P. Burke, Esq.
September 1, 2006
Page 2

cc: Georgia Damoulakis, Esq.
Robert L. Sherman, Esq.
Catherine M. Clayton, Esq.
Danielle M. White, Esq.



LEGAL_US_E # 71616339.2