# REPLY EXHIBIT D

Daniel P. Burke (DB1416)
Thomas M. Galgano (TG4621)
Georgia Damoulakis (GD7237)
GALGANO & BURKE, LLP
300 Rabro Drive - Suite 135
Hauppauge, New York 11788
Telephone: 631.582.6161
Facsimile: 631.582.6191

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 2 0 2006 ★
LONG ISLAND OFFICE



ATTORNEYS FOR PLAINTIFF
RUSH INDUSTRIES, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **RUSH INDUSTRIES, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GARNIER LLC and JOHN DOES 1-5,**<br><br>**Defendants.** | **CIVIL ACTION No. CV 05-4910 (LDW) (ETB)** |

**JOINT PROPOSED DISCOVERY PLAN**

Pursuant to Rule 26(f), Fed. R. Civ. P., and the December 27, 2005 Order of this Court issued by Magistrate Judge E. Thomas Boyle, Plaintiff, RUSH INDUSTRIES, INC., acting through its undersigned counsel and Defendant, GARNIER LLC, acting through its undersigned counsel, have conferred regarding a discovery schedule. Despite their efforts, counsel have not been able to agree on dates. The parties, therefore, respectfully submit this joint proposed discovery plan showing the dates proposed by each

9

of the parties for discussion at the January 27, 2006 initial scheduling conference.

I. **DEADLINES AND COURT APPEARANCES**



| | | Plaintiff's Proposal | Defendant's Proposal |
|---|---|---|---|
| 1. | Deadline for Parties to Serve Initial Disclosures Pursuant to Rule 26(a) | January 27, 2006 | Jan. 27, 2006 |
| 2. | First request for production of documents and first request for interrogatories to be served ~~by:~~ no later than, | 28<br>February ~~3~~, 2006 | Feb. 28, 2006 |
| 3. | Deadline for Motions to Amend Pleadings including Joinder of Additional Parties: | June<br>~~May~~ 6, 2006 | May 31, 2006 |
| 4. | All fact discovery to be completed by: | July<br>~~June~~ 14, 2006 | August 31, 2006 |
| 5. | All initial expert reports | Aug 30<br>~~July 14,~~ 2006 | Oct. 31, 2006 |
| 6. | ~~Next Status Conference:~~ | ~~July 21, 2006~~ | ~~Nov. 15, 2006~~ |
| 7. | All rebuttal expert reports | Sept 30<br>~~August 14~~, 2006 | Dec. 31, 2006 |
| 8. | Joint ~~pretrial order due by:~~ List of witnesses + Exhibits | Oct<br>~~Sept.~~ 14, 2006 | Feb. 28, 2007 |

9. Final 10/26/06 at 4

in by phone

In addition to the items above, the parties anticipate the need for a Protective Order (to be agreed to between the parties).

Respectfully submitted,



January 20, 2006

Daniel P. Burke (DB 1416)
Thomas M. Galgano (TG 4621)
Georgia Damoulakis (GD 7237)
GALGANO & BURKE, LLP
300 Rabro Drive - Suite 135
Hauppauge, NY 11788
Tel.: 631-582-6161
Fax: 631-582-6191

Attorneys for Plaintiff, Rush Industries, Inc.

January 20, 2006

Robert L. Sherman

Robert L. Sherman, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
Tel: 212-381-6037
Fax: 212-230-7841

Attorneys for Defendants, Garnier LLC

1/26/06

So ordered
/s/ E. Thomas Boyle, MJ

F:\...\proposed discovery plan.wpd